AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Anthony D. Wilson,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  4:21 MJ 6092<br>)<br>)<br>)<br>) |

**FILED**
2:43 pm Mar 31 2021
Clerk U.S. District Court
Northern District of Ohio
Youngstown

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/20/2021 and 03/21/2021  in the county of  Trumbull  in the
Northern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening a Federal Employee |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Michael J. Costello, Special Agent
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 03/31/2021

*Judge's signature*

City and state: Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*